# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA )<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>STEFAN A. HALPER, *et al.*, )<br>　　　　　　　　　　　　　　)<br>　　Defendants. ) | Civil No. 1:19-cv-632 |

## ORDER

This matter comes before the Court on defendants' motions to dismiss. Plaintiff has now filed an amended complaint. The amended complaint is now the operative complaint in this action and the motions to dismiss are moot and must be denied as such.

Accordingly, for good cause,

It is hereby **ORDERED** that the following motions to dismiss are **DENIED AS MOOT**: (i) Defendant Dow Jones & Company, Inc.'s motion to dismiss (Dkt. 22); (ii) Defendant Stefen A. Halper's motion to dismiss pursuant (Dkt. 31); (iii) Defendant NBCUniversal Media LLC's motion to dismiss (Dkt. 38); (iv) Defendant WP Company LLC's motion to dismiss (Dkt. 41); and (v) Defendant The New York Times Company's motion to dismiss (Dkt. 44).

The Clerk of Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 30, 2019

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　T. S. Ellis, III
　　　　　　　　　　　　　　United States District Judge