IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA,<br><br>        **Plaintiff,**<br><br>        v.<br><br>STEFAN A. HALPER, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, WP COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, and MALCOLM NANCE,<br><br>        **Defendants.** | Case No. 1:19-cv-00632-TSE-JFA |

**MOTION BY DEFENDANT DOW JONES & COMPANY, INC.
TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Civil Rule 7, Defendant Dow Jones & Company, Inc. d/b/a *The Wall Street Journal* ("WSJ"), through counsel, moves this Court for an Order dismissing the Amended Complaint in this action with prejudice for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, WSJ respectfully requests that the Court grant this Motion and enter an Order dismissing the Amended Complaint with prejudice.

**MEET AND CONFER CERTIFICATION**

Pursuant to Local Civil Rule 7(E), undersigned counsel hereby certify that counsel for Defendant Dow Jones & Company, Inc. met and conferred telephonically with counsel for Plaintiff Svetlana Lokhova on September 5, 2019. Counsel for Plaintiff advised that he was unwilling to withdraw the Amended Complaint or any of its claims.

Dated:  September 12, 2019                                  Respectfully submitted,

BALLARD SPAHR LLP

By  */s/ Matthew E. Kelley*
    Matthew E. Kelley, Va. Bar No. 84045
    Seth D. Berlin (admitted *pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC  20006-1157
Phone: 202-661-2200
Fax: 202-661-2299
kelleym@ballardspahr.com
berlins@ballardspahr.com

*Counsel for Defendant*
*Dow Jones & Company, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2019, I caused a true and correct copy of the foregoing Motion by Defendant Dow Jones & Company, Inc. to Dismiss Plaintiff's Amended Complaint to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

    /s/ Matthew E. Kelley
Matthew E. Kelley, Va. Bar No. 84045
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Phone: 202-661-2200
Fax: 202-661-2299
kelleym@ballardspahr.com

*Counsel for Defendant*
*Dow Jones & Company, Inc.*