IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA,<br><br>                Plaintiff,<br><br>vs.<br><br>STEFAN A. HALPER, DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY, WP COMPANY, LLC, NBCUNIVERSAL MEDIA LLC, AND MALCOLM NANCE,<br><br>                Defendants. | Civil No.: 1:19-cv-00632-TSE-JFA |

**MOTION OF DEFENDANT THE NEW YORK TIMES COMPANY
TO DISMISS AMENDED COMPLAINT**

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Local Civil Rule 7, Defendant The New York Times Company, by and through their undersigned counsel, hereby moves this Court for an Order dismissing the Amended Complaint in this action with prejudice for failure to state a claim upon which relief can be granted.  The Amended Complaint purports to allege claims for defamation, common law conspiracy, and tortious interference against Defendant.  These claims fail as a matter of law.  As set forth more fully in the Memorandum of Law submitted in support of this Motion, the grounds for dismissal are:

      1.     Plaintiff's defamation claim is barred by the statute of limitations.

      2.     Plaintiff's defamation claim fails because the words at issue are not defamatory as a matter of law: they lack defamatory meaning; they are non-actionable expressions of subjective opinion; and they are not "of and concerning" plaintiff.

3. Plaintiff's conspiracy and tortious interference claims are barred by the First Amendment and plaintiff also has failed adequately to plead the elements of the claims.

The above are questions of law to be decided by this Court in the first instance. Because the defects in the Amended Complaint are fatal to Plaintiffs' *prima facie* case, her claims for defamation cannot be maintained.

Defendant respectfully requests a hearing on this matter.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting the motion to dismiss and dismissing the Amended Complaint with prejudice.

Dated: September 12, 2019                Respectfully submitted,


/s/ John F. Hundley
John F. Hundley, Va. Bar No. 36166
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: 202-661-2212
Fax: 202-661-2299
Email: hundleyj@ballardspahr.com

Dana R. Green (admitted pro hac vice)
The New York Times Company
Legal Department
620 8th Avenue
New York, NY 10018
Tel: 212-556-5290
Fax: 212-556-4634
Email: dana.green@nytimes.com

*Attorneys for The New York Times Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of September, 2019, I electronically filed the foregoing Motion of Defendant The New York Times Company to Dismiss Amended Complaint with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

                                                  */s/ John F. Hundley*  
                                                  John F. Hundley, Va. Bar No. 36166  
                                                  Ballard Spahr LLP  
                                                  1909 K Street NW, 12th Floor  
                                                  Washington, DC 20006  
                                                  Tel: 202-661-2212  
                                                  Fax: 202-661-2299  
                                                  Email: hundleyj@ballardspahr.com