IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Svetlana Lokhova | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 19-cv-632 (TSE)(JFA) |
| | ) | |
| Stefan A. Halper, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT HALPER'S NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to this Court's Order dated September 11, 2019, *see* Docket 57, on October 25, 2019, at 10:00 a.m., or as soon thereafter as counsel can be heard, Defendant Stefan A. Halper, by counsel, will move this Court for an order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure Rules 12(b)(1) & (6).

Respectfully submitted,

By: ____/s/_____

Terrance G. Reed (VA Bar No. 46076)
Robert K. Moir (VA Bar No. 42359)
Lankford & Reed, PLLC
120 N. St. Asaph St.
Alexandria, VA  22314
(Phone): 703-299-5000
(Facsimile): 703-299-8876
tgreed@lrfirm.net
rkmoir@lrfirm.net

Robert D. Luskin (*pro hac vice*)
Paul Hastings LLP
875 15th ST NW
Washington, DC 20005
202 551 1966
202-551-0466
robertluskin@paulhastings.com

*Counsel for Defendant*
*Stefan A. Halper*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2019, I electronically filed the foregoing using the CM/ECF system which will then send a notification of such filing (NEF) to all concerned parties.

By: ____/s/_____

Terrance G. Reed (VA Bar No. 46076)