# CIVIL MOTION MINUTES

Date: 10/25/19　　　　　　　　　　　　　　　　Judge: Brinkema
　　　　　　　　　　　　　　　　　　　　　　　　Reporter: A. Thomson

Time: 10:01am – 11:06am

Civil Action Number: 1:19cv632

  Svetlana Lokhova　　　　　　　　　　vs.　　Stefan A. Halper, et al

Appearances of Counsel for　　　(X) Pltf　　　(X) Deft

Motion to/for:
 #58 Deft Motion to Dismiss for Failure to State a Claim
 #61 Deft Motion to Dismiss for Failure to State a Claim
 #63 Deft Motion to Dismiss for Lack of Jurisdiction
 #64 Deft Motion to Dismiss for Failure to State a Claim
 #68 Deft Motion to Dismiss for Failure to State a Claim

Argued &
(　) Granted　　(　) Denied　(　) Granted in part/Denied in part
(X) Taken Under Advisement (　) Continued to

  Court orders case be put on hold

(X) Memorandum Opinion to Follow

(　) Order to follow