IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SVETLANA LOKHOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-cv-632 (LMB/JFA) |
| | ) | |
| STEFAN A. HALPER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has heard oral argument on the defendants' Motions to Dismiss and taken them under advisement. For the reasons stated in open court, it is hereby

ORDERED that all other matters in this civil action be and are stayed until the Court resolves defendants' Motions to Dismiss.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 25th day of October, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge