FILED: April 15, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1368 (L)
(1:19-cv-00632-LMB-JFA)

_____

SVETLANA LOKHOVA

       Plaintiff - Appellant

v.

STEFAN A. HALPER; DOW JONES & COMPANY, INCORPORATED, d/b/a The Wall Street Journal; THE NEW YORK TIMES COMPANY; WP COMPANY LLC, d/b/a The Washington Post; NBCUNIVERSAL MEDIA, LLC, d/b/a MSNBC

       Defendants - Appellees

_____

No. 20-1437
(1:19-cv-00632-LMB-JFA)

_____

SVETLANA LOKHOVA

       Plaintiff - Appellee

v.

STEFAN A. HALPER

       Defendant - Appellant

 and

DOW JONES & COMPANY, INCORPORATED, d/b/a The Wall Street Journal; THE NEW YORK TIMES COMPANY; WP COMPANY LLC, d/b/a The Washington Post; NBCUNIVERSAL MEDIA, LLC, d/b/a MSNBC

    Defendants

_____

O R D E R

_____

The court consolidates Case No. 20-1368 and Case No. 20-1437 as cross appeals. The appellant in Case No. 20-1368 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                  For the Court--By Direction

                                  /s/ Patricia S. Connor, Clerk